Decided June 29, 2006

STATE OF CONNECTICUT *v.* JOSHUA MILOTTE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 95 Conn. App. 616 (AC 26217), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the trial court properly granted the defendant-appellee's motion to suppress evidence resulting from a warrantless investigatory stop of his vehicle, on the ground that the police officer lacked a reasonable and articulable suspicion of criminal activity to justify the stop?"

The Supreme Court docket number is SC 17695.

*John A. East III,* senior assistant state's attorney, in support of the petition.

*Martin Zeldis*, public defender, in opposition.

Decided June 29, 2006